381 A.2d 908

Jacobson v. Estate of Jacobson, et al., Appellants.

Argued September 20, 1977. N. Lubin, with him John R. Bonner, for appellants; Patrick H. Fierro, with him Fierro & Miele, for appellee.

Judgment affirmed.

381 A.2d 908

Johnson Appeal.

Argued September 21, 1977. Stephen R. Krone, with him Alan Linder, for appellant; Bruce I. Kogan, with him Kogan and Smigel, for appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.